AYRES vs. TOLAND.—June, 1825.

An action may be maintained by the plaintiff in his own right, on a bond executed *to him as administrator* of a person deceased.

APPEAL from *Harford County Court.* The plaintiff below (now appellant,) brought an action of debt in his own right against the defendant, (the appellee,) upon a single bill, dated the 15th of May 1821, executed by the defendant and *Martha Daley,* whereby, six months after date, they jointly and severally promised to pay to the plaintiff, *administrator of Thomas Daley, deceased,* $56 56, with interest, &c. The defendant demurred to the declaration, and the plaintiff joined in demurrer. The County Court, [*Ward,* A. J.] ruled the demurrer good, and rendered judgment for the defendant, and the plaintiff appealed to this court.

The cause was argued before BUCHANAN, Ch. J. and EARLE, STEPHEN, and DORSEY, J.

*Speed,* for the Appellant, contended—1. That an executor or administrator may sue in his own name for a debt arising due after the death of the testator or intestate. 2. That the words *"administrator of Thomas Daley, deceased,"* used in the single bill, were but *descriptio personæ,* and did not affect the remedy upon it. He referred to 2 *Selw. N. P.* 703. *Hosier vs. Ld. Arundell,,* 3 *Bos. & Pull.* 11. *Shipman vs Thompson, Willes Rep.* 104. *(*and *notes.)*

*Mitchell,* for the Appellee, cited *Betts vs Mitchell,* 10 *Mod.* 315. *King vs. Thom,* 1 *T. R.* 487. *Ord vs. Fenwick,* 3 *East,* 110. *Henshall vs. Roberts,* 5 *East,* 150. *Hosier vs. Ld. Arundell,* 3 *Bos. & Pull.* 7; and the act of 1820, *ch.* 174, *s. 3.*

JUDGMENT REVERSED,

and judgment rendered for the appellant for the debt and costs.